IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

BOBBIE MCNAIR                                                                                    PLAINTIFF

VS.                                                                         CIVIL DOCKET NO. 3:03CV191LS

TYSON FOODS, INC.                                                                               DEFENDANT

## ORDER

On March 30, 2004, this case was stayed until the plaintiff's worker's compensation claim should be resolved. The court has inquired of counsel and learned that the worker's compensation claim has not been resolved and, since this case cannot be reactivated until the worker's compensation claim has been concluded, IT IS HEREBY ORDERED that this case be passed to the inactive files. Nothing contained in this minute entry order shall be considered a dismissal or disposition of this case and any party may notify the court that the case should be activated and initiate proceedings in the same manner as if this minute entry order had not been entered.

ORDERED this the 14th day of March, 2006.

/S/ TOM S. LEE
UNITED STATES DISTRICT JUDGE