IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

BOBBIE MCNAIR                                                                                            PLAINTIFF

VS.                                                                                         CAUSE NO. 3:03CV191LS

TYSON FOODS, INC.                                                                                   DEFENDANT

## FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS ACTION is before the Court on the stipulation of the parties for a judgment of dismissal with prejudice by reason of settlement. The Court finds that the stipulation is well taken and should be granted.

IT IS THEREFORE ordered and adjudged that this action be and hereby is fully and finally dismissed with full prejudice, and with the parties bearing their respective costs.

SO ORDERED AND ADJUDGED this the 14th day of August 2006.

                                                             /s/Tom S. Lee
                                                             U.S. District Judge

AGREED:

/s/ David N. Gillis
Attorney for plaintiff

/s/ Lewis W. Bell
Attorney for defendant